In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-04-059 CV


____________________



PAUL HILL, Appellant



V.



VERNELL WINDON, Appellee






On Appeal from the County Court at Law No. 1


Jefferson County, Texas


Trial Cause No. 92266






MEMORANDUM OPINION (1)


 Paul Hill, appellant, filed a motion to dismiss this appeal. The Court finds that this
motion is voluntarily made by the appellant prior to any decision of this Court and should
be granted. Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal.

 It is, therefore, ORDERED that the motion to dismiss be granted and the appeal is
therefore DISMISSED. 

 PER CURIAM


Opinion Delivered September 23, 2004 

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.